# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>TCL TECHNOLOGY GROUP CORP., TCL ELECTRONICS HOLDINGS LIMITED, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION LIMITED, TCT MOBILE INTERNATIONAL LIMITED, HUIZHOU TCL MOBILE COMMUNICATION COMPANY LIMITED, TCL MOBILE COMMUNICATION (HK) COMPANY LIMITED, and TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 2:26-cv-00242-JRG |

## NOTICE OF ATTORNEY APPEARANCE

Defendants TCL Technology Group Corp., TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, TCL Mobile Communication (HK) Company Limited, and TCL China Star Optoelectronics Technology Co., Ltd. (collectively "Defendants") hereby notify the Court and all parties of record that Bradford A. Cangro of PV Law LLP is appearing as counsel for Defendants.

Dated: September 9, 2026

Respectfully submitted,

*/s/ Bradford A. Cangro*

Bradford A. Cangro (Admitted in TXED)
D.C. Bar No. 495996
bradford.cangro@pvuslaw.com
**PV LAW LLP**
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
T: (202) 371-6861
F: (202) 888-3163

*Attorneys for Defendants TCL Technology Group Corp., TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, TCL Mobile Communication (HK) Company Limited, and TCL China Star Optoelectronics Technology Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on September 9, 2026.

*/s/ Bradford A. Cangro*
Bradford A. Cangro