**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA TOUCH GROUP LLC, | § | Case No. 2:26-cv-00242 [JRG] |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| TCL TECHNOLOGY GROUP CORP., et al. | § | |
| Defendants. | § | |

**JOINT MOTION FOR EXTENSION OF INFRINGEMENT, INVALIDITY AND SUBJECT-MATTER ELIGIBILITY CONTENTIONS**

Plaintiff Alpha Touch Group LLC ("Alpha Touch" or "Plaintiff") and Defendants TCL Technology Group Corp. ("TCL Technology"), TCL Electronics Holdings Limited ("TCL Electronics"), TCL Communication Technology Holdings Limited ("TCL Communication"), TCL Communication Limited ("TCLC"), TCT Mobile International Limited ("TCT"), Huizhou TCL Mobile Communication Company Limited ("Huizhou TCL Mobile"), TCL Mobile Communication (HK) Company Limited ("TCL Mobile (HK)"), and TCL China Star Optoelectronics Technology Co., Ltd. ("TCL CSOT") (collectively "Defendants") jointly request an extension of time for Plaintiff to serve its P.R. 3-1 and 3-2 Infringement Contentions and Defendants time to serve their P.R. 3-3 & 3-4 Invalidity Contentions and Subject-Matter Eligibility Contentions.

The Court's August 24, 2026 Order setting Scheduling Conference for September 30, 2026 also sets the following deadlines:

1. P.R. 3-1 and 3-2 Infringement Contentions: September 16, 2026; and
2. P.R. 3-3 and 3-4 Invalidity Contentions and Subject-Matter Eligibility Contentions: November 12, 2026.

The Parties respectfully request the above dates be extended to October 14, 2026 and December 10, 2026, respectively.

WHEREFORE, the Parties request the Court enter the attached order extending the deadline for Plaintiff to serve its P.R. 3-1 and 3-2 Infringement Contentions from September 16, 2026, to October 14, 2026, and the deadline for Defendants to serve their P.R. 3-3 and 3-4 Invalidity Contentions and Subject-Matter Eligibility Contentions from November 12, 2026, to December 10, 2026.

Dated: September 9, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*

Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Ave., Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
1200 Harbor Blvd., 10th Floor
Weehawken Township, NJ 07086
Telephone: (973) 535-0920
Facsimile: (973) 535-0921

***ATTORNEYS FOR PLAINTIFF***
***ALPHA TOUCH GROUP LLC***

*/s/ Bradford A. Cangro (with permission)*
Bradford A. Cangro (admitted in TXED)
D.C. Bar No. 495996
PV Law LLP
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2052
Telephone: (202) 371-6861
Email: bradford.cangro@pvuslaw.com

***Attorneys for Defendants TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, TCL Mobile Communication (HK) Company Limited, TCL China Star Optoelectronics Technology Co., Ltd., and TCL Technology Group Corp.***

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for Plaintiff and Defendants complied with the meet and confer requirement in Local Rule CV-7(i). This motion is being filed jointly.

*/s/ Vincent J. Rubino, III*