**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>TCL TECHNOLOGY GROUP CORP., et al.<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:26-cv-00242 [JRG]<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF INFRINGEMENT, INVALIDITY AND SUBJECT-MATTER ELIGIBILITY CONTENTIONS**

Before the Court is the Joint Motion for Extension of Infringement, Invalidity and Subject-Matter Eligibility Contentions brought by Plaintiff Alpha Touch Group LLC and Defendants TCL Technology Group Corp., TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, TCL Mobile Communication (HK) Company Limited, and TCL China Star Optoelectronics Technology Co., Ltd. After consideration of said joint motion, the Court finds that it is well-taken and should be granted.

IT IS THEREFORE ORDERED that the following deadlines are hereby extended as follows:

| **Original Deadline** | **Amended Deadline** | **Event** |
|---|---|---|
| September 16, 2026 | October 14, 2026 | P.R. 3-1 and 3-2 (Infringement Contentions) |
| November 12, 2026 | December 10, 2026 | P.R. 3-3 and 3-4 (Invalidity Contentions) |
| November 12, 2026 | December 10, 2026 | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |