**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>*Plaintiff*,<br>v.<br><br>TCL TECHNOLOGY GROUP CORP., ET AL.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-CV-00242-JRG |

**ORDER**

Before the Court is the Joint Motion for Extension of Infringement, Invalidity, and Subject-Matter Eligibility Contentions (the "Motion") filed by Plaintiff Alpha Touch Group LLC ("Alpha Touch") and Defendants TCL Technology Group Corp., TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International, Huizhou TCL Mobile Communication Company Limited, TCL Mobile Communication (HK) Company Limited, and TCL China Star Optoelectronics Technology Co., Ltd., (collectively, "TCL"). (Dkt. No. 34). In the Motion, the Alpha Touch and TCL seek to extend the deadline to comply with P.R. 3-1 and 3-2 from September 16, 2026, up to and including October 14, 2026. (*Id.* at 1). Alpha Touch and TCL also seek to extend the deadline to comply with P.R. 3-3 and 3-4 from November 12, 2026, up to and including December 10, 2026. (*Id.*)

Having considered the Motion, and noting that it is jointly filed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline to comply with P.R. 3-1 and 3-2 is **extended** up to and including **October 14, 2026**, and the deadline to comply with P.R. 3-3 and 3-4 is **extended** up to and including **December 10, 2026**.

**So ORDERED and SIGNED this 11th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE