**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TCL TECHNOLOGY GROUP CORP., TCL ELECTRONICS HOLDINGS LTD., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION LIMITED, TCT MOBILE INTERNATIONAL LIMITED, HUIZHOU TCL MOBILE COMMUNICATION COMPANY LIMITED, TCL MOBILE COMMUNICATION (HK) COMPANY LIMITED, and TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.,<br><br>*Defendants.* | **Case No. 2:26-cv-00242-JRG**<br><br>**Hon. James Rodney Gilstrap**<br><br>**Jury Trial Demanded** |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Defendants TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited, (collectively, the "TCLE Defendants") respectfully request that the law firm Vanguard Crest PC and its attorneys Steven A. Moore, Donald R. McPhail, Nicole S. Cunningham, and Emily M. Heim be permitted to withdraw as counsel of record for the TCLE Defendants in this matter. The TCLE Defendants will continue to be represented by the law firm PV Law LLP and the attorneys who have already entered appearances on TCLE's behalf.

DATED: September 11, 2026

Respectfully submitted,

By: *<u>/s/ Nicole S. Cunningham</u>*
Nicole S. Cunningham (CA Bar No. 234390)
ncunningham@ vangardcrest.com

Steven A. Moore (CA Bar No. 232114)
smoore@vanguardcrest.com
Donald R. McPhail (DC Bar No. 444508)
dmcphail@vangardcrest.com
Emily M. Heim (FL Bar No. 1015867)
eheim@ vangardcrest.com
**VANGUARD CREST PC**
1500 K Street, NW, Ste. 228
Washington, D.C., 20006
Main: (771) 777-8280
Direct: (771) 777-8283

*Attorneys for Defendants TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2026, I electronically filed the foregoing **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the parties through the Court's Electronic Case Filing System.

By: */s/ Nicole S. Cunningham*
Nicole S. Cunningham (CA Bar No. 234390)
**VANGUARD CREST P.C.**

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Defendants have met and conferred with Plaintiff regarding this Motion via electronic mail on September 11, 2026. Plaintiff indicated that it does not oppose this Motion.

By: */s/ Nicole S. Cunningham*
Nicole S. Cunningham (CA Bar No. 234390)
**VANGUARD CREST P.C.**