**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TCL TECHNOLOGY GROUP CORP., TCL ELECTRONICS HOLDINGS LTD., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION LIMITED, TCT MOBILE INTERNATIONAL LIMITED, HUIZHOU TCL MOBILE COMMUNICATION COMPANY LIMITED, TCL MOBILE COMMUNICATION (HK) COMPANY LIMITED, and TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.,<br><br>*Defendants.* | **Case No. 2:26-cv-00242-JRG**<br><br>**Hon. James Rodney Gilstrap**<br><br>**Jury Trial Demanded** |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Before the Court is Defendants TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited's, (collectively, the "TCLE Defendants") Unopposed Motion to Withdraw as Counsel of Record (the "Motion"). Having considered the Motion, the Court finds that it should be and hereby **GRANTED**.

Therefore, it is **ORDERED** that the law firm Vanguard Crest PC and its attorneys Steven A. Moore, Donald R. McPhail, Nicole S. Cunningham, and Emily M. Heim are hereby withdrawn as counsel of record for the TCLE Defendants in this case and terminated from electronic notifications in connection with the above-captioned matter.