**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA TOUCH GROUP LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00242-JRG |
| | § | |
| TCL TECHNOLOGY GROUP CORP., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Unopposed Motion to Withdraw as Counsel of Record (the "Motion") filed by Defendants TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited (collectively, the "TCLE Defendants"). (Dkt. No. 36). In the Motion, the TCLE Defendants requests that the law firm Vanguard Crest PC and its attorneys Steven A. Moore, Donald R. McPhail, Nicole S. Cunningham, and Emily M. Heim be permitted to withdraw as counsel of record for the TCLE Defendants in this matter. (*Id*. at 1). The TCLE Defendants state that they will continue to be represented by the law firm PV Law LLP and the attorneys who have already appeared on TCLE's behalf. (*Id*.). The Motion is unopposed. (*Id*.).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Steven A. Moore, Donald R. McPhail, Nicole S. Cunningham, and Emily M. Heim be permitted to withdraw as counsel of record for the TCLE Defendants in the above-captioned case. It is further **ORDERED** that the Clerk of Court shall terminate Steven A. Moore, Donald R. McPhail, Nicole S. Cunningham, and Emily M. Heim as counsel and all electronic notifications to same.

**So ORDERED and SIGNED this 14th day of September, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE