**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TCL TECHNOLOGY GROUP CORP., TCL ELECTRONICS HOLDINGS LTD., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION LIMITED, TCT MOBILE INTERNATIONAL LIMITED, HUIZHOU TCL MOBILE COMMUNICATION COMPANY LIMITED, TCL MOBILE COMMUNICATION (HK) COMPANY LIMITED, and TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.,<br><br>*Defendants.* | **Case No. 2:26-cv-00242-JRG**<br><br>**Hon. James Rodney Gilstrap**<br><br>**Jury Trial Demanded** |

**NOTICE OF ATTORNEY APPEARANCE**

TO THE CLERK OF COURT AND ALL PARTIES THROUGH COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney, Steven A. Moore, enters his appearance in this matter as counsel for Defendants TCL Technology Group Corp., TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited, (collectively "Defendants"), for purposes of receiving notices and orders from the Court.

DATED: September 23, 2026

Respectfully submitted,

By: */s/ Steven A. Moore*

Steven A. Moore (CA Bar No. 232114)
smoore@vanguardcrest.com
Donald R. McPhail (DC Bar No. 444508)
dmcphail@vanguardcrest.com

Nicole S. Cunningham (CA Bar No. 234390)
ncunningham@vanguardcrest.com
Emily M. Heim (FL Bar No. 1015867)
eheim@vanguardcrest.com
**VANGUARD CREST P.C.**
1500 K Street, NW, Ste. 228
Washington, D.C., 20006
Main: (771) 777-8280
Direct: (771) 777-8283

*Attorneys for Defendants TCL Technology Group Corp., TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2026, I electronically filed the foregoing **NOTICE OF APPEARANCE OF STEVEN A. MOORE** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the parties through the Court's Electronic Case Filing System.

By: *<u>/s/ Steven A. Moore</u>*
Steven A. Moore (CA Bar No. 232114)
**VANGUARD CREST P.C.**