**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>TCL TECHNOLOGY GROUP CORP., TCL ELECTRONICS HOLDINGS LIMITED, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION LIMITED, TCT MOBILE INTERNATIONAL LIMITED, HUIZHOU TCL MOBILE COMMUNICATION COMPANY LIMITED, TCL MOBILE COMMUNICATION (HK) COMPANY LIMITED, and TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 2:26-cv-00242-JRG |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR CERTAIN DEFENDANTS**

Defendants TCL Technology Group Corp. ("TCL Tech") and TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited (collectively "TCLE Defendants") hereby respectfully request that the law firm PV Law LLP and its attorney Bradford A. Cangro be permitted to withdraw as counsel of record for the TCL Tech and TCLE Defendants in this matter.

The TCLE Defendants were originally represented by the law firm Vanguard Crest. TCLE Defendants moved to withdraw Vanguard Crest (Dkt. No 36), which this Court granted (Dkt. No. 37). However, due to a change in circumstances and subsequent to the Court granting the motion to withdraw, Vanguard Crest and its attorneys have re-entered appearances for TCLE Defendants and also entered an appearance for TCL Tech. *See* Dkt. Nos. 38-41. Accordingly, TCL Tech and the TCLE Defendants will continue to be represented by the law firm Vanguard Crest PC and the attorneys who have already entered appearances on TCL Tech. and TCLE's behalf.

PV Law LLP, and its attorney Bradford A. Cangro, will remain in this case as counsel of record for TCL China Star Optoelectronics Technology Co., Ltd.

Dated: September 28, 2026

Respectfully submitted,

*/s/ Bradford A. Cangro*

Bradford A. Cangro (Admitted in TXED)
D.C. Bar No. 495996
bradford.cangro@pvuslaw.com
**PV LAW LLP**
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015
T: (202) 371-6861
F: (202) 888-3163

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on September 28, 2026.

*/s/ Bradford A. Cangro*
Bradford A. Cangro

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Plaintiff and Defendants complied with the meet and confer requirement in Local Rule CV-7(i). Plaintiff indicated that it does not oppose this Motion.

*/s/ Bradford A. Cangro*
Bradford A. Cangro