**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>TCL TECHNOLOGY GROUP CORP., TCL ELECTRONICS HOLDINGS LIMITED, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION LIMITED, TCT MOBILE INTERNATIONAL LIMITED, HUIZHOU TCL MOBILE COMMUNICATION COMPANY LIMITED, TCL MOBILE COMMUNICATION (HK) COMPANY LIMITED, and TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 2:26-cv-00242-JRG |

**ORDER**

Before the Court is the Unopposed Motion to Withdraw as Counsel of Record for Certain Defendants (the "Motion") filed by TCL Technology Group Corp. ("TCL Tech") and TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited (collectively, the "TCLE Defendants"). In the Motion, TCL Tech and the TCLE Defendants request that the law firm PV Law LLP and its attorney Bradford A. Cangro be permitted to withdraw as counsel of record for TCL Tech and the TCLE Defendants in this matter. TCL Tech

and the TCLE Defendants state that they will continue to be represented by the law firm Vanguard Crest PC and the attorneys who have already appeared on TCL Tech and TCLE's behalf. The Motion is unopposed. The Motion states that PV Law LLP, and its attorney Bradford A. Cangro, will remain counsel of record for TCL China Star Optoelectronics Technology Co., Ltd. in this matter.

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is GRANTED. Accordingly, it is ORDERED that Bradford A. Cangro be permitted to withdraw as counsel of record for TCL Tech and the TCLE Defendants in the above-captioned case and remain counsel of record for TCL China Star Optoelectronics Technology Co., Ltd.