**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

ALPHA TOUCH GROUP LLC,

*Plaintiff,*

v.

TCL TECHNOLOGY GROUP CORP., TCL ELECTRONICS HOLDINGS LIMITED, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION LIMITED, TCT MOBILE INTERNATIONAL LIMITED, HUIZHOU TCL MOBILE COMMUNICATION COMPANY LIMITED, TCL MOBILE COMMUNICATION (HK) COMPANY LIMITED, and TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.,

*Defendants.*

**Case No. 2:26-cv-00242 -JRG**

**Hon. James Rodney Gilstrap**

**Jury Trial Demanded**

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6(b)(1)(A) and Local Rule CV-12, Defendants TCL Technology Group Corp., TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited, (collectively "TCL") respectfully requests until October 27, 2026 to answer or otherwise respond to Plaintiff Alpha Touch Group LLC's Complaint and in support of this Motion states as follows:

1. On March 24, 2026, Plaintiff filed its Complaint in this action against TCL and Defendant TCL China Star Optoelectronics Technology Co., Ltd. ("TCL CSOT"), that alleges

infringement of U.S. Patent Nos. 9,606,675 (the "'675 Patent"); 9,395,857 (the "'857 Patent"); and 8,482,542 (the "'542 Patent").

2. Plaintiff previously granted TCL CSOT an extension to answer or otherwise respond to the Complaint for October 27, 2026.

3. By email, counsel for Plaintiff agreed to grant TCL the same extension of October 27, 2026.

4. The relief requested is reasonable, for good cause, and will not result in undue delay in the administration of the case.

5. No other extension has been previously requested in this case, and no dates have been set for a pre-trial conference or trial.

For these reasons, TCL respectfully requests that the Court extend the time for TCL to respond to Plaintiffs' Complaint to October 27, 2026.

DATED: September 28, 2026

Respectfully submitted,

By: /s/ Steven A. Moore
Steven A. Moore (CA Bar No. 232114)
smoore@vanguardcrest.com
Nicole S. Cunningham (CA Bar No. 234390)
ncunningham@vanguardcrest.com
Donald R. McPhail (DC Bar No. 444508)
dmcphail@vanguardcrest.com
Emily M. Heim (FL Bar No. 1015867)
eheim@vanguardcrest.com
**VANGUARD CREST P.C.**
1500 K Street, NW, Ste. 228
Washington, D.C., 20006
Direct: (771) 777-8289

*Attorneys for TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on September 24, 2026, counsel for Plaintiff and counsel for Defendants conferred regarding this motion and counsel for Plaintiff indicated that this motion is UNOPPOSED.

By: */s/ Steven A. Moore*
Steven A. Moore (CA Bar No. 232114)
**VANGUARD CREST PC**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2026, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to the parties through the Court's Electronic Case Filing System.

By: */s/ Steven A. Moore*
Steven A. Moore (CA Bar No. 232114)
**VANGUARD CREST PC**