**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>TCL TECHNOLOGY GROUP CORP., TCL ELECTRONICS HOLDINGS LTD., TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION LIMITED, TCT MOBILE INTERNATIONAL LIMITED, HUIZHOU TCL MOBILE COMMUNICATION COMPANY LIMITED, TCL MOBILE COMMUNICATION (HK) COMPANY LIMITED, and TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.,<br><br>*Defendants.* | **Case No. 2:26-cv-00242-JRG**<br><br>**Hon. James Rodney Gilstrap**<br><br>**Jury Trial Demanded** |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Before the Court is Defendants TCL Technology Group Corp., TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited's (collectively "TCL"), Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint (the "Motion").

Having considered the Motion, the Court finds that it should be and hereby **GRANTED**. Accordingly, it is **ORDERED** that TCL's deadline to answer or otherwise respond to the complaint is extended up to and including October 27, 2026.

**IT IS SO ORDERED.**