**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA TOUCH GROUP LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-cv-00242-JRG |
| | § | |
| TCL TECHNOLOGY GROUP CORP., et al. | § | **JURY TRIAL DEMANDED** |
| | § | |
| | § | |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants TCL Technology Group Corp., TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, TCL Mobile Communication (HK) Company Limited, and TCL China Star Optoelectronics Technology Co., Ltd. ("Defendants") file this Notice of Appearance of Counsel and hereby notify the Court that Michael E. Jones, of the law firm Potter Minton, P.C., 102 N. College Ave., Suite 900, Tyler, Texas 75702 is appearing as counsel for Defendants. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated: September 28, 2026

Respectfully submitted:

By: */s/ Michael E. Jones*
Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597 8311
Fax: (903) 593 0846

**Attorneys for TCL Technology Group Corp. et al.**