**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>TCL TECHNOLOGY GROUP CORP.,<br><br>Defendant. | Case No.: 2:26-cv-00242-JRG |

**NOTICE OF APPEARANCE FOR JENNIFER LEIGH TRUELOVE**

Please take notice that Jennifer L. Truelove is entering an appearance for Alpha Touch Group, LLC in the above numbered and entitled cause:

Texas State Bar No. 24012906
Email:jtruelove@mckoolsmith.com
MCKOOL SMITH, P.C.
104 E. Houston Street,
Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

Mrs. Truelove is currently admitted to practice in the Eastern District of Texas.

September 30, 2026

Respectfully submitted,

/s/ *Jennifer L. Truelove*
Jennifer L. Truelove
TX Bar No.: 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E Houston ST. Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on September 30, 2026.

/s/ *Jennifer L. Truelove*
Jennifer L. Truelove