**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA TOUCH GROUP LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00242-JRG |
| | § | |
| TCL TECHNOLOGY GROUP CORP., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Unopposed Motion to Withdraw as Counsel of Record for Certain Defendants (the "Motion") filed by Defendants TCL Technology Group Corp. ("TCL Tech"), and TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited (collectively "TCLE Defendants"). (Dkt. No. 42). In the Motion, the TCLE Defendants and TCL Tech request that the law firm PV Law LLP and its attorney Bradford A. Cangro be permitted to withdraw as counsel of record for the TCLE Defendants and TCL Tech in this matter. (*Id*. at 1). The TCLE Defendants and TCL Tech state that attorneys for the firm Vanguard Crest have re-entered appearances for the TCL Defendants and have also appeared for TCL Tech, despite having withdrawn earlier in the case. (*Id*. at 2). As such, the TCL Defendants and TCL Tech state that they will continue to be represented by the law firm of Vanguard Crest and its attorneys who have appeared. (*Id*.). The Motion is unopposed. (*Id*. at 3).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that Bradford A. Cangro be permitted to withdraw as counsel of record for the TCLE Defendants and TCL Tech in the above-

captioned case. It is further **ORDERED** that the Clerk of Court shall terminate Bradford A. Cangro as counsel and all electronic notifications to same.

**So ORDERED and SIGNED this 7th day of October, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE