**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA TOUCH GROUP LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:26-CV-00242-JRG |
| | § | |
| TCL TECHNOLOGY GROUP CORP., *et al.*, | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Motion") filed by Defendants TCL Technology Group Corp., TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited, (collectively "TCL"). (Dkt. No. 43). In the Motion, TCL moves to extend the time for it to answer or otherwise respond to Plaintiff's complaint up to and including October 27, 2026. (*Id.*). The Motion is unopposed. (*Id.* at 2).

Having considered the Motion, and noting that it is unopposed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline for TCL to answer or otherwise respond to Plaintiff's Complaint is **extended** up to and including **October 27, 2026**.

**So ORDERED and SIGNED this 7th day of October, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE