**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA TOUCH GROUP LLC, | § | Case No. 2:26-cv-00242 [JRG] |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| TCL TECHNOLOGY GROUP CORP., et al. | § | |
| Defendants. | § | |

**JOINT MOTION FOR AN ADDITIONAL EXTENSION OF INFRINGEMENT, INVALIDITY AND SUBJECT-MATTER ELIGIBILITY CONTENTIONS**

Plaintiff Alpha Touch Group LLC ("Alpha Touch" or "Plaintiff") and Defendants TCL Technology Group Corp. ("TCL Technology"), TCL Electronics Holdings Limited ("TCL Electronics"), TCL Communication Technology Holdings Limited ("TCL Communication"), TCL Communication Limited ("TCLC"), TCT Mobile International Limited ("TCT"), Huizhou TCL Mobile Communication Company Limited ("Huizhou TCL Mobile"), TCL Mobile Communication (HK) Company Limited ("TCL Mobile (HK)"), and TCL China Star Optoelectronics Technology Co., Ltd. ("TCL CSOT") (collectively "Defendants") jointly request an additional extension of time for Plaintiff to serve its P.R. 3-1 and 3-2 Infringement Contentions and Defendants time to serve their P.R. 3-3 & 3-4 Invalidity Contentions and Subject-Matter Eligibility Contentions.

The Court's previously extended the P.R. 3-1 and 3-2 Infringement Contentions to October 14, 2026, and P.R. 3-3 and 3-4 Invalidity Contentions and Subject-Matter Eligibility Contentions to December 10, 2026 (Dkt. No. 35).

The Parties request an additional extension of these deadlines such that the P.R. 3-1 and 3-2 Infringement Contentions would be due November 12, 2026, and P.R. 3-3 and 3-4 Invalidity Contentions and Subject-Matter Eligibility Contentions would be due January 14, 2027.

As the Court has recently held a scheduling conference in this matter and no Docket Control Order has yet been entered, this extension request will not affect other deadlines at this time.

WHEREFORE, the Parties request the Court enter the attached order extending the deadline for Plaintiff to serve its P.R. 3-1 and 3-2 Infringement Contentions from October 14, 2026 to November 12, 2026, and the deadline for Defendants to serve their P.R. 3-3 and 3-4 Invalidity Contentions and Subject-Matter Eligibility Contentions from December 10, 2026 to January 14, 2027.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*

Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Ave., Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Henry N. Metro
CA Bar No. 353966
Email: hmetro@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
19800 MacArthur Blvd., Suite 300
Irvine, California 92612

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
1200 Harbor Blvd., 10th Floor
Weehawken Township, NJ 07086
Telephone: (973) 535-0920
Facsimile: (973) 535-0921

***ATTORNEYS FOR PLAINTIFF***
***ALPHA TOUCH GROUP LLC***

*/s/ Bradford A. Cangro (with permission)*
Bradford A. Cangro (admitted in TXED)
D.C. Bar No. 495996
PV Law LLP
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2052
Telephone: (202) 371-6861
Email: bradford.cangro@pvuslaw.com

***Attorneys for Defendant***
***TCL China Star Optoelectronics***
***Technology Co., Ltd.***

*/s/ Steven A. Moore (with permission)*
Steven A. Moore
CA Bar No. 232114
smoore@vanguardcrest.com
Donald R. McPhail
DC Bar No. 444508
dmcphail@vanguardcrest.com
Nicole S. Cunningham
CA Bar No. 234390
ncunningham@vanguardcrest.com
Emily M. Heim
FL Bar No. 1015867
eheim@vanguardcrest.com
**VANGUARD CREST P.C.**
1500 K Street, NW, Ste. 228
Washington, D.C. 20006
Telephone: (771) 777-8280

***Attorneys for Defendants***
***TCL Electronics Holdings Limited,***
***TCL Communication Technology Holdings Limited, TCL Communication Limited,***
***TCT Mobile International Limited,***
***Huizhou TCL Mobile Communication Company Limited, TCL Mobile Communication (HK) Company Limited, and TCL Technology Group Corp.***

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, PC**
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597 8311
Fax: (903) 593 0846

***Attorneys for Defendants***
***TCL Electronics Holdings Limited,***
***TCL Communication Technology Holdings Limited, TCL Communication Limited,***
***TCT Mobile International Limited,***
***Huizhou TCL Mobile Communication Company Limited, TCL Mobile Communication (HK) Company Limited, TCL China Star Optoelectronics Technology Co., Ltd. and TCL Technology Group Corp.***

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff and Defendants complied with the meet and confer requirement in Local Rule CV-7(i). This motion is being filed jointly.

*/s/ Vincent J. Rubino, III*