**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA TOUCH GROUP LLC, | § | Case No. 2:26-cv-00242 [JRG] |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| v. | § | |
| TCL TECHNOLOGY GROUP CORP., et al. | § | |
| Defendants. | § | |

**ORDER GRANTING JOINT MOTION FOR AN ADDITIONAL EXTENSION OF INFRINGEMENT, INVALIDITY AND SUBJECT-MATTER ELIGIBILITY CONTENTIONS**

Before the Court is the Joint Motion for Extension of Infringement, Invalidity and Subject-Matter Eligibility Contentions brought by Plaintiff Alpha Touch Group LLC and Defendants TCL Technology Group Corp., TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, TCL Mobile Communication (HK) Company Limited, and TCL China Star Optoelectronics Technology Co., Ltd. After consideration of said joint motion, the Court finds that it is well-taken and should be granted.

IT IS THEREFORE ORDERED that the following deadlines are hereby extended as follows:

| Current Deadline | Amended Deadline | Event |
|---|---|---|
| October 14, 2026 | November 12, 2026 | P.R. 3-1 and 3-2 (Infringement Contentions) |
| December 10, 2026 | January 14, 2027 | P.R. 3-3 and 3-4 (Invalidity Contentions) |
| December 10, 2026 | January 14, 2027 | Comply with Standing Order Regarding Subject-Matter Eligibility Contentions |