**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>*Plaintiff*,<br>v.<br><br>TCL TECHNOLOGY GROUP CORP., ET AL.,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-CV-00242-JRG |

**ORDER**

Before the Court is the Joint Motion for Additional Extension of Infringement, Invalidity, and Subject-Matter Eligibility Contentions (the "Motion") filed by Plaintiff Alpha Touch Group LLC ("Alpha Touch") and Defendants TCL Technology Group Corp., TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International, Huizhou TCL Mobile Communication Company Limited, TCL Mobile Communication (HK) Company Limited, and TCL China Star Optoelectronics Technology Co., Ltd., (collectively, "TCL"). (Dkt. No. 49). In the Motion, Alpha Touch and TCL seek to further extend the deadline to comply with P.R. 3-1 and 3-2 from October 14, 2026, up to and including November 12, 2026. (*Id.* at 1–2). Alpha Touch and TCL also seek to extend the deadline to comply with P.R. 3-3 and 3-4 from December 10, 2026, up to and including January 14, 2027. (*Id.*).

Having considered the Motion, and noting that it is jointly filed, the Court finds that it should be and hereby is **GRANTED**. Accordingly, it is **ORDERED** that the deadline to comply with P.R. 3-1 and 3-2 is **extended** up to and including **November 12, 2026**, and the deadline to comply with P.R. 3-3 and 3-4 is **extended** up to and including **January 14, 2027**.

**So ORDERED and SIGNED this 15th day of October, 2026.**

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE