**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>TCL TECHNOLOGY GROUP CORP., TCL ELECTRONICS HOLDINGS LIMITED, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION LIMITED, TCT MOBILE INTERNATIONAL LIMITED, HUIZHOU TCL MOBILE COMMUNICATION COMPANY LIMITED, TCL MOBILE COMMUNICATION (HK) COMPANY LIMITED, and TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 2:26-cv-00242-JRG |

**TCL CSOT'S NOTICE OF SERVICE OF
<u>INITIAL AND ADDITIONAL DISCLOSURES</u>**

Defendant TCL China Star Optoelectronics Technology Co., Ltd. ("TCL CSOT") hereby notifies the Court that its Initial Disclosures pursuant to Paragraph 1 and the Additional Disclosures pursuant to Paragraph 3 of the Discovery Order (Dkt. No. 53) were served today on counsel of record for Plaintiff Alpha Touch Group LLC.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Bradford A. Cangro*
Bradford A. Cangro (admitted in TXED)
D.C. Bar No. 495996

PV Law LLP
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2052
Telephone: (202) 371-6861
Email: bradford.cangro@pvuslaw.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*Attorneys for TCL China Star Optoelectronics Technology Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on October 21, 2026.

*/s/ Bradford A. Cangro*
Bradford A. Cangro