**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>TCL TECHNOLOGY GROUP CORP., TCL ELECTRONICS HOLDINGS LIMITED, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION LIMITED, TCT MOBILE INTERNATIONAL LIMITED, HUIZHOU TCL MOBILE COMMUNICATION COMPANY LIMITED, TCL MOBILE COMMUNICATION (HK) COMPANY LIMITED, and TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:26-cv-00242-JRG<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER**

Pursuant to the Court's Docket Control Order (Dkt. No. 52), Plaintiff Alpha Touch Group LLC ("Alpha Touch" or "Plaintiff") and Defendants TCL Technology Group Corp. ("TCL Technology"), TCL Electronics Holdings Limited ("TCL Electronics"), TCL Communication Technology Holdings Limited ("TCL Communication"), TCL Communication Limited ("TCLC"), TCT Mobile International Limited ("TCT"), Huizhou TCL Mobile Communication Company Limited ("Huizhou TCL Mobile"), TCL Mobile Communication (HK) Company Limited ("TCL Mobile (HK)"), and TCL China Star Optoelectronics Technology Co., Ltd. ("TCL CSOT") (collectively "Defendants") hereby jointly file this motion for entry of the attached agreed Protective Order and respectfully request the Court enter same.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*

Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Ave., Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Henry N. Metro
CA Bar No. 353966
Email: hmetro@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
19800 MacArthur Blvd., Suite 300
Irvine, California 92612
John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
1200 Harbor Blvd., 10th Floor
Weehawken Township, NJ 07086
Telephone: (201) 817-1840
Facsimile: (973) 535-0921

***ATTORNEYS FOR PLAINTIFF ALPHA TOUCH GROUP LLC***

*/s/ Bradford A. Cangro (with permission)*

Bradford A. Cangro (admitted in TXED)
D.C. Bar No. 495996
PV Law LLP
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2052
Telephone: (202) 371-6861

Email: bradford.cangro@pvuslaw.com

***Attorneys for Defendant***
***TCL China Star Optoelectronics***
***Technology Co., Ltd.***

*/s/ Steven A. Moore (with permission)*
Steven A. Moore
CA Bar No. 232114
smoore@vanguardcrest.com
Donald R. McPhail
DC Bar No. 444508
dmcphail@vanguardcrest.com
Nicole S. Cunningham
CA Bar No. 234390
ncunningham@vanguardcrest.com
Emily M. Heim
FL Bar No. 1015867
eheim@vanguardcrest.com
**VANGUARD CREST P.C.**
1500 K Street, NW, Ste. 228
Washington, D.C. 20006
Telephone: (771) 777-8280

***Attorneys for Defendants***
***TCL Electronics Holdings Limited,***
***TCL Communication Technology Holdings***
***Limited, TCL Communication Limited,***
***TCT Mobile International Limited,***
***Huizhou TCL Mobile Communication***
***Company Limited, TCL Mobile***
***Communication (HK) Company Limited,***
***and TCL Technology Group Corp.***

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
**POTTER MINTON, PC**
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597 8311
Fax: (903) 593 0846

*Attorneys for Defendants*
*TCL Electronics Holdings Limited,*
*TCL Communication Technology Holdings Limited, TCL Communication Limited,*
*TCT Mobile International Limited,*
*Huizhou TCL Mobile Communication Company Limited, TCL Mobile Communication (HK) Company Limited,*
*TCL China Star Optoelectronics Technology Co., Ltd. and TCL Technology Group Corp.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff and Defendants complied with the meet and confer requirement in Local Rule CV-7(i). This motion is being filed jointly.

*/s/ Vincent J. Rubino, III*