**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>*Plaintiff,*<br>v.<br><br>TCL TECHNOLOGY GROUP CORP., TCL ELECTRONICS HOLDINGS LIMITED, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION LIMITED, TCT MOBILE INTERNATIONAL LIMITED, HUIZHOU TCL MOBILE COMMUNICATION COMPANY LIMITED, TCL MOBILE COMMUNICATION (HK) COMPANY LIMITED, and TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.,<br><br>*Defendants.* | CASE NO. 2:26-CV-00242-JRG<br><br>JURY TRIAL DEMANDED |

**TCL DEFENDANTS' NOTICE OF COMPLIANCE REGARDING**
**SERVICE OF INITIAL AND ADDITIONAL DISCLOSURES**

Defendants TCL Technology Group Corp., TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited (collectively, "TCL Defendants"), hereby notifies the Court in compliance with the Court's Docket Control Order (Dkt. 52), that Defendants served their Initial and Additional Disclosures on Plaintiff Alpha Touch Group LLC, via electronic mail on October 21, 2026.

DATED: October 22, 2026

Respectfully submitted,

By: */s/ Nicole S. Cunningham*
Nicole S. Cunningham (CA Bar No. 234390)
ncunningham@vanguardcrest.com
Donald R. McPhail (DC Bar No. 444508)
dmcphail@vanguardcrest.com

Steven A. Moore (CA Bar No. 232114)
smoore@ vanguardcrest.com
Emily M. Heim (FL Bar No. 1015867)
eheim@vanguardcrest.com
**VANGUARD CREST PC**
1500 K Street, NW, Ste. 228
Washington, D.C., 20006
Main: (771) 777-8280

*Attorneys for TCL Electronics Holdings Limited, TCL Communication Technology Holdings Limited, TCL Communication Limited, TCT Mobile International Limited, Huizhou TCL Mobile Communication Company Limited, and TCL Mobile Communication (HK) Company Limited.*

**CERTIFICATE OF SERVICE**

This is to certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. DIST. TEX. LOC. CT. R. CV-5(a)(3) on this the 22nd day of October 2026.

By: */s/ Nicole S. Cunningham*
Nicole S. Cunningham (CA Bar No. 234390)
**VANGUARD CREST PC**