**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| ALPHA TOUCH GROUP LLC,<br><br>Plaintiff,<br><br>v.<br><br>TCL TECHNOLOGY GROUP CORP., TCL ELECTRONICS HOLDINGS LIMITED, TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCL COMMUNICATION LIMITED, TCT MOBILE INTERNATIONAL LIMITED, HUIZHOU TCL MOBILE COMMUNICATION COMPANY LIMITED, TCL MOBILE COMMUNICATION (HK) COMPANY LIMITED, and TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.,<br><br>Defendants. | Case No. 2:26-cv-00242-JRG<br><br>Jury Trial Demanded |

**TCL CHINA STAR OPTOELECTRONICS TECHNOLOGY CO., LTD.'S**
**RULE 7.1 CORPORATE DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant TCL China Star Optoelectronics Technology Co., Ltd. ("TCL CSOT"), by and through its undersigned attorneys, disclose as follows:

1. TCL CSOT is a subsidiary of TCL Technology Group Corporation, which is a publicly traded company that owns 10% or more of TCL CSOT.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Date: October 28, 2026 Respectfully submitted,

*<u>/s/ Bradford A. Cangro</u>*
Bradford A. Cangro (admitted in TXED)
D.C. Bar No. 495996
PV Law LLP
5335 Wisconsin Avenue, N.W., Suite 440
Washington, D.C. 20015-2052
Telephone: (202) 371-6861
Email: bradford.cangro@pvuslaw.com

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
Shaun W. Hassett
State Bar No. 24074372
shaunhassett@potterminton.com
POTTER MINTON, P.C.
102 N. College Ave., Suite 900
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

***Attorneys for TCL China Star Optoelectronics Technology Co., Ltd.***

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record electronically on October 28, 2026.

*<u>/s/ Bradford A. Cangro</u>*
Bradford A. Cangro